UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                  No. C-11-5735 EMC (pr)

KENNETH ARDELL SMITH,

          Plaintiff.                          **ORDER OF DISMISSAL**

_____/

This action was opened on November 30, 2011, when the Court received from Kenneth Ardell Smith an unsigned page on which he complained about prison conditions. On that date, the Court notified Mr. Smith in writing that his action was deficient in that he had not attached a complaint or petition. The Court further notified him that this action would be dismissed if he did not submit a complaint or petition within thirty days. Mr. Smith has failed to provide the Court with either a complaint or petition and the deadline to do so has passed. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

IT IS SO ORDERED.

Dated: March 23, 2012

_____
EDWARD M. CHEN
United States District Judge